IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DENNY BISHOP                                                                                          PLAINTIFF

v.                                               NO. 4:06CV1621JLH

BELINDA LAFORCE, individually, and
in her official capacity as Mayor of Searcy, Arkansas;
and CITY OF SEARCY                                                                          DEFENDANTS

## ORDER

The Court retained complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary in its Order of September 27, 2007. However, the parties have not concluded the appropriate settlement documents and therefore request an additional 14 days for the Court to retain complete jurisdiction. This Court hereby grants same. This Court retains complete jurisdiction until November 9, 2007, for the parties to complete the settlement of this matter.

IT IS SO ORDERED this 26th day of October 2007.

*J. Leon Holmes*
United States District Judge